1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   J. MARK KANG (NYBN 4033999)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7050
       Facsimile: (415) 436-7234
8      E-Mail: Mark.Kang@usdoj.gov

9  Attorneys for the United States of America

10
                         UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,       )   No. No. CR12-0154 WHA
                                   )
15      Plaintiff,                 )
                                   )
16      v.                         )   **STIPULATION AND [PROPOSED]**
   MANUEL BAEZ CASTRO,             )   **ORDER EXCLUDING TIME UNDER 18**
17                                 )   **U.S.C. § 3161**
        Defendant.                 )
18                                 )

19

20     The parties have agreed to exclude the period of time between June 5, 2012 and July 16,

21 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represent that

22 granting the exclusion would allow reasonable time necessary for the effective preparation of

23 counsel and for the continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also

24 agree that the ends of justice served by granting such an exclusion of time outweigh the best

25 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

26 ///

27 ///

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0154 WHA

1  As referenced in the Court's Order, dated June 7, 2012, the Court will waive time from June 5,
2  2012 to July 16, 2012, upon the receipt of a stipulation from the parties.  SO STIPULATED:
3
4
                                                        MELINDA HAAG
5                                                       United States Attorney
6
7  DATED: June 7, 2012            _____/s/_____
                                                        J. MARK KANG
8                                                       Special Assistant United States Attorney
9
10 DATED: June7, 2012             _____/s/_____
                                                        SHAWN HALBERT
11                                                      Attorney for MANUEL BAEZ CASTRO
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0154 WHA

[~~PROPOSED~~] ORDER

For the reasons stated above, and referenced in the June 7, 2012 order of this Court, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 5, 2012 through July 16, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deprive the defendant of the continuity of counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  June 7, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0154 WHA