MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7050
Facsimile: (415) 436-7234
Email: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0154 WHA |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| ) | |
| MANUEL BAEZ CASTRO, ) | |
| a/k/a Manuel Castro Baez, ) | SAN FRANCISCO VENUE |
| a/k/a Manuel Castro, ) | |
| a/k/a Manny Castro, ) | |
| ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:

Respectfully submitted,
MELINDA HAAG
United States Attorney

*J. Douglas Wilson for*
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-0154 WHA)

1
2                         [PROPOSED] ORDER
3       Leave is granted to the government to dismiss the indictment.  **IT IS SO ORDERED.**
4
5
6
7                                          
8   Date:  July 24, 2012.
9                                          William Alsup
                                           UNITED STATES DISTRICT JUDGE
10
11
12
...
28

NOTICE OF DISMISSAL, (CR 11-0235 CRB)  2